UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN ELECTRICAL EMPLOYEES
HEALTH AND WELFARE PLAN,
WESTERN WISCONSIN ELECTRICAL
EMPLOYEES RETIREMENT PLAN,
WESTERN WISCONSIN AREA ELECTRICAL WORKERS
JOINT APPRENTICESHIP AND TRAINING TRUST FUND,
WISCONSIN ELECTRICAL EMPLOYEES
APPRENTICESHIP COORDINATOR FUND,
IBEW LOCAL 14 UNION DUES FUND,
IBEW LOCAL 14 VACATION AND HOLIDAY PAY FUND,
and LOYAL D. O'LEARY and CHRIS GULBRANDSON,
in their capacity as Trustees of the Funds,

                Plaintiffs,

vs.                                      Case No.   09-CV-739

FOGELSON ELECTRIC, INC.,

                Defendant.

---

## JUDGMENT IN A CIVIL CASE

---

The Motion to reopen the above-captioned matter due to the alleged violation by the defendant of the Court approved Stipulation between the parties came for consideration before the Court. The defendant having been properly noticed and the issues having been considered, a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the plaintiffs Wisconsin Electrical Employees Health and Welfare Plan, Western Wisconsin Electrical Employees Retirement Plan, Western Wisconsin Area Electrical Workers Joint Apprenticeship and Training Trust Fund, Wisconsin Electrical Employees Apprenticeship Coordinator Fund, IBEW Local 14 Union Dues Fund, IBEW Local 14 Vacation and

REINHART\3822823

Holiday Pay Fund and Loyal D. O'Leary and Chris Gulbrandson, in their capacity as Trustees of the Fund, against defendant Fogelson Electric, Inc. in the amount of $2,963.03.

Approved as to form this 2d day of July, 2010.

*Barbara B. Crabb*
U.S. District Court Judge

7/8/10
Date

*Peter Oppeneer*
Peter Oppeneer, Clerk of Court

REINHART\3822823